UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| CLARISSE VASQUEZ, | ) |
| Plaintiff, | ) Case No.: 3:14-CV-01991-BR |
| v. | ) ORDER AWARDING ATTORNEY<br>) FEES PER 28 USC 406(b) |
| CAROLYN COLVIN, Commissioner,<br>Social Security Administration | ) |
| Defendant. | ) |

It is hereby ORDERED that, pursuant to 42 U.S.C. § 406(b), an attorney fee in the amount of $8,525.60 is approved to Plaintiff. Credit will be taken for $3,033.72 awarded for EAJA fees.

IT IS SO ORDERED this 5th day of January, 2016.

_____
UNITED STATES DISTRICT JUDGE

Proposed Order submitted:                    Date: December 28, 2015

_____
George J. Wall, OSB #93451
gwall@eastpdxlaw.com
Phone No.: 503-236-0068
Fax No.: 503-236-0028
Attorney for Plaintiff, Clarisse Vasquez

Page 5 – PETITION FOR ATTORNEY FEES